United States Bankruptcy Court

Middle District of Pennsylvania

Webfund, LLC,
    Plaintiff

Adv. Proc. No. 25-00004-HWV

Wendt Communication Partners, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 27, 2025      Form ID: pdf010      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Webfund, LLC, c/o Jeffrey S. Cianciulli, Esq., Weir LLP, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| dft | + | Wendt Communication Partners, LLC, 5000 Ritter Rd, Ste 202, Mechanicsburg, PA 17055-6922 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | May 27 2025 19:27:00 | D Troy Sellars, DOJ-Ust, 1501 North 6th Street, Ste Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | May 27 2025 19:27:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 27 2025 19:27:00 | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Cianciulli | |

on behalf of Plaintiff Webfund LLC jcianciulli@weirlawllp.com, imarciniszyn@weirlawllp.com

TOTAL: 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Wendt Communication Partners, LLC<br>                          Debtor 1<br><br>Webfund, LLC<br>                          Plaintiff<br>    vs.<br>Wendt Communication Partners, LLC<br>                          Defendant | Chapter:    11<br><br>Case No.:    1:24-bk-02511-HWV<br><br>Adversary No.:    1:25-ap-00004-HWV |

### ORDER

Upon consideration of the Complaint filed in the above-captioned case, and it appearing that the Plaintiff has failed to prosecute the above-captioned adversary proceeding as required by Local Bankruptcy Rule 7055-1, and that the Plaintiff further failed to take action after this Court issued a notice pursuant to Local Bankruptcy Rule 7041-1, Doc. 4, it is

**ORDERED** that the above-captioned adversary proceeding is dismissed.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 27, 2025